No. 589. DANFELSER ET AL. *v.* STATE HIGHWAY COMMISSION OF NEW MEXICO. Supreme Court of New Mexico. Certiorari denied. *Dudley Cornell* for petitioners. *Joseph L. Droege, Hadley Kelsey, John C. Worden* and *Richard T. Whitley,* Special Assistant Attorneys General of New Mexico, for respondent. 

No. 591. MCDONALD *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. *Seymour Margulies* for petitioner. *Solicitor General Cox, Assistant Attorney General Douglas, Sherman L. Cohn* and *Pauline B. Heller* for the United States, and *Peter L. Hughes III* for Bethlehem Steel Co., respondents. 

No. 598. PEORIA & PEKIN UNION RAILWAY CO. ET AL. *v.* CHICAGO & NORTH WESTERN RAILWAY CO. C. A. 7th Cir. Certiorari denied. *Donald G. Beste, Robert S. Kirby, John M. Elliott* and *W. S. Bodman* for petitioners. *Jordan Jay Hillman* and *John C. Danielson* for respondent.

No. 599. NEW YORK, CHICAGO & ST. LOUIS RAILROAD CO. *v.* CHICAGO & NORTH WESTERN RAILWAY CO. C. A. 7th Cir. Certiorari denied. *John M. Elliott* for petitioner. *Jordan Jay Hillman* and *John C. Danielson* for respondent.

No. 602. MINNESOTA MINING & MANUFACTURING CO. *v.* PLYMOUTH RUBBER CO., INC. C. A. 1st Cir. Certiorari denied. *Edward A. Haight* and *Harold J. Kinney* for petitioner. *William W. Rymer* for respondent.